**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Case No. 24-CR-139-4 (TJK)** |
| | : | |
| **ROSELLE ARTIS,** | : | |
| **also known as "Skeet,"** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
PRETRIAL DETENTION FOR DEFEENDANT ROSELLE ARTIS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental memorandum in further support of its motion that defendant ROSELLE ARTIS be detained pending trial pursuant to 18 U.S.C. §§ 3142(f)(1)(C) (Serious Drug Felony) and 3142(f)(1)(E) (Involving Possession or Use of a Firearm). On April 1, 2024, the Government filed a Memorandum in Support of Pretrial Detention. (ECF No. 13.) A Detention Hearing for ARTIS was first held on April 2, 2024, and continued on April 3, 2024. The Detention Hearing is scheduled to resume on April 10, 2024.

First, the Government submits as Exhibit A and Exhibit B, the photographs shown during the Detention Hearing on April 3, 2024, which depict the bedroom of 85 Hawaii Avenue NE #202, Washington, D.C., during the execution of the search warrant on March 13, 2024.

Second, the Government submits as Exhibit C, the report prepared by the Nash County Sheriff's Office in Nash County, North Carolina, regarding the October 30, 2023, stop and search of ARTIS's vehicle, where ARTIS was driving, co-defendants HORNE and ANDERSON were passengers, and numerous items of contraband were found.

Notably, ARTIS was driving his vehicle[1] and speeding at approximately 90 miles per hour in a 70 miles per hour zone. ARTIS stated that he had smoked marijuana and further that, "I don't have anymore [sic], we just smoked the last of it." That statement to law enforcement was not truthful, because in addition to multiple quantities of marijuana found in the rear passenger door and trunk of his vehicle, ARTIS was observed reaching in his pants, at which point law enforcement located another bag of marijuana in the rear of ARTIS' pants. (*See* Exhibit C at 3 ¶ 2 and 5 ¶ 1.)

In addition, the report states that ARTIS "asked Detectives if they could get their drone back." Taken together, ARTIS' conduct does not reflect the defense's contention, for the purpose of pretrial detention arguments, that ARTIS was an unwitting or hapless friend of his co-defendant drug dealers. To the contrary, the investigation has revealed that ARTIS is closely associated with his co-defendants, and that on October 30, 2023, ARTIS was directly engaged in and contributing to their collective criminal conduct. Indeed, ARTIS even inquired about getting their aerial drone back, an expensive tool of their prison smuggling trade that retails for more than $1,000.[2] Coupled with ARTIS's significant criminal history including numerous prior arrests and convictions, there is no basis on this record for the defense's claim that ARTIS was not a full and knowing participant in the conspiracies charged in Counts 3 and 4 of the Indictment (ECF No. 1), the latter of which not only harms the community, but is also a criminal scheme that is specifically designed and executed to undermine the criminal justice system.

---

[1]   ARTIS conceded that this was his vehicle at the Detention Hearing. Indeed, the 2017 Honda sedan, bearing D.C. tag JC 0795, was registered to ARTIS in the District of Columbia.

[2]   *See* the SwellPro aerial drone online store at:  https://store.swellpro.com/collections/all-swellpro-drones.

Respectfully submitted,

MATTHEW GRAVES,
UNITED STATES ATTORNEY


By:    */s/ Thomas G. Strong*
THOMAS G. STRONG
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, DC 20530
202-252-7063
thomas.strong@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served upon counsel of record via the Electronic Case Filing (ECF) system on April 9, 2024.

By:    _/s/ Thomas G. Strong_
Thomas G. Strong
Assistant United States Attorney