# EXHIBIT C

# NASH COUNTY SHERIFF'S OFFICE



MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

Case SOP202301465                                    Printed on April 3, 2024

| | |
|---|---|
| **Status** | Approved |
| **Report Type** | Patrol |
| **Primary Officer** | Timothy Rackley |
| **Investigator** | None |
| **Records Technician** | |
| **Reported At** | 10/30/23 11:20 |
| **Incident Date** | 10/30/23 11:20 |
| **Incident Code** | TRAFFIC STOP : TRAFFIC STOP |
| **Location** | MM 130 I 95 N |
| **Zone** | AREA 2 |
| **Beat** | |
| **Court** | None |
| **Ereferral County** | None |
| | |
| **Disposition** | Closed - Cleared by Arrest |
| **Disposition Date/Time** | 10/30/23 15:22 |
| **Review for Gang Activity** | None |

## Offense Information

| | |
|---|---|
| **Offense** | POSSESS MARIJUANA 1/2 TO 1 1/2 OZ |
| **Statute** | 90-95(D)(4)/3470 |
| **NIBRS Code** | 35A - Drug/Narcotic Violations |
| **Counts** | 1 |
| **Include In NIBRS** | Yes |
| **Completed** | Yes |
| **Details** | Offender(s) Used Drugs |
| **Bias Motivation** | None (no bias) |
| **Location** | Highway/Road/Alley |
| **Entry Forced** | No |
| **Criminal Activities** | Distributing/Selling |

| | |
|---|---|
| **Offense** | SIMPLE POSSESS SCHEDULE III CS |
| **Statute** | 90-95(D)(2)/3537 |
| **NIBRS Code** | 35A - Drug/Narcotic Violations |
| **Counts** | 1 |
| **Include In NIBRS** | No |
| **Completed** | Yes |
| **Details** | Offender(s) Used Drugs |
| **Bias Motivation** | None (no bias) |
| **Location** | Highway/Road/Alley |
| **Entry Forced** | No |
| **Criminal Activities** | Distributing/Selling |

## Cited

**ANDERSON, ALLEN EDWARD**

90-95(D)(4)/3470 - POSSESS MARIJUANA 1/2 TO 1 1/2 OZ
90-95(D)(2)/3537 - SIMPLE POSSESS SCHEDULE III CS

**ARTIS, DANIEL ROSELLE**

90-95(D)(4)/3470 - POSSESS MARIJUANA 1/2 TO 1 1/2 OZ
90-95(D)(2)/3537 - SIMPLE POSSESS SCHEDULE III CS

**HORNE, AUZURAE JERMAINE**

90-95(D)(4)/3470 - POSSESS MARIJUANA 1/2 TO 1 1/2 OZ
90-95(D)(2)/3537 - SIMPLE POSSESS SCHEDULE III CS

**Offender**

**ANDERSON, ALLEN EDWARD**

90-95(D)(4)/3470 - POSSESS MARIJUANA 1/2 TO 1 1/2 OZ
90-95(D)(2)/3537 - SIMPLE POSSESS SCHEDULE III CS

**ARTIS, DANIEL ROSELLE**

90-95(D)(4)/3470 - POSSESS MARIJUANA 1/2 TO 1 1/2 OZ
90-95(D)(2)/3537 - SIMPLE POSSESS SCHEDULE III CS

**HORNE, AUZURAE JERMAINE**

90-95(D)(4)/3470 - POSSESS MARIJUANA 1/2 TO 1 1/2 OZ
90-95(D)(2)/3537 - SIMPLE POSSESS SCHEDULE III CS

**Vehicles**

**JC-0795** DC
2017 BLK Honda Civic

# NASH COUNTY SHERIFF'S OFFICE



MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

Narrative - Timothy Rackley 10/31/23 08:45                    Printed on April 3, 2024

## Primary Report By Timothy Rackley
**Case #SOP202301465**
**Typed By Timothy Rackley**

On October 30th 2023, Sheriff Stone stopped a Black Honda civic bearing Washington DC plated of JC-0795. Sheriff Stone stopped the vehicle on I95 north bound at the 130mm for speeding at approximately 90 miles per hour in a 70 miles per hour zone. Sheriff Stone approached the drivers side of the vehicle and began speaking with the driver ROSELLE ARTIS. Sheriff Stone asked ARTIS out of the vehicle and conducted a frisk of ARTIS. ARTIS was then asked to sit in Sheriff Stone's front passenger seat to gather additional information, while writing the warning ticket for the excessive speed. Sheriff Stone stated that he smelled marijuana and ARTIS admitted that he smoked Marijuana. ARTIS stated, "I don't have anymore, we just smoked the last of it."

While writing the warning ticket, Sheriff Stone called for an additional unit. At this time Detective Rackley was in the area and responded. Detective Rackley arrived on scene and Sheriff Stone stated that there was an odor of marijuana coming from the vehicle. Detective Rackley and Sheriff Stone approached the passenger side and got the front passenger AUZURAE HORNE out of the vehicle. Detective Rackley then got the rear passenger ALLEN ANDERSON out of the backseat. Both subjects were patted down for weapons and told to stand with other Deputies while the vehicle was searched. Sheriff Stone began searching the vehicle and located marijuana in several places throughout the vehicle. Detective Rackley and Sheriff Stone opened the trunk and began searching. Sheriff Stone opened a bag and pulled out a vacuum sealed bag that had fresh grass/weeds wrapped around it. Due to the bag being wrapped with grass, it was hard to see what was concealed inside the package. The grass was tied to the vacuum sealed bag with what appeared to be fishing string. At this point in time all 3 occupants of the car were detained. The vehicle was transported to the warehouse for a further search. This was done so Detectives could search the car in a thorough manner off the highway. Det. Trull asked ARTIS if he stuffed anything down his pants due to seeing ARTIS reaching in his pants. Sheriff Stone then grabbed a bag of marijuana from the rear of his pants.

Detective Rackley transported ANDERSON. Deputy HARRELL transported AUZURAE HORNE and Sheriff Stone transported ARTIS. Detectives arrived on scene and opened the bag concealed with grass. Inside there were Suboxone strips, a bag of marijuana, 3 cell phones, cell phone chargers, and cigarettes. Detective Trull located a Drone in the vehicle. Detective Rackley knows that it is a new practice for drug traffickers to use drones to get contraband into jail and prison facilities.

The following items were located inside the vehicle:
-30 grams of Frezquitoz Fiesta Marijuana (North Face bag from trunk)
-Plastic bag containing 3 grams marijuana and bag containing 30 grams of marijuana (Rear passenger door pocket)
-90 Dosage Units of Suboxone (Trunk)
-250 Dosage Units of Suboxone (Trunk)
-Cookies and Cream THC Vape (trunk)
-Motorolla Cell phone (Driver seat area of vehicle)
-181 Dosage Units of Suboxone (plastic wrapped package in trunk of vehicle)
-26 grams of marijuana in plastic bag (Trunk)
-Blue smart phone with cracked screen (Trunk)
-2 blue smart phones (Trunk)
-5 packs of Newport Cigarettes and cigarettes in vacuum sealed bag (Trunk)
-Samsung flip smart phone and nokia flip phone (passenger rear seat)
-Black Iphone and white/rose gold Iphone (Front passenger seat)
-Red and black bolt cutters (Trunk)
-Grey styrofoam case with swell pro drone inside
-Red Iphone and Black iphone (Allen Edward)
-Iphone in sneaker case (Daniel Artis)
-11 Cellular phones (trunk)

-Assorted documents (Trunk of vehicle)
-Cell phone charger (Trunk)

After collecting all items, Deputy Salazar was asked to issue a citation to all 3 subjects. ARTIS, HORNE, and ANDERSON were all charged with Possession of SCH III, and Possession of Marijuana. All subjects were released. The subjects asked Detective Rackley if they could get there cell phone. Detective Rackley explained to them that due to the nature of the crime involving narcotics, their cell phones would be seized. ARTIS asked Detectives if they could get their drone back. Detectives told them that the drone would be seized for evidence but explained that after the case was over in court, the phones and drone may be given back.

Detective Rackley and Detective Trull responded to the Nash County Sheriff's Office and processed all evidence according to Nash County Policy and Procedure. Detective Rackley later met with FBI agent STEVE WALKER from Washington D.C. The following items were turned over to FBI for further investigation. Evidence tech Megan Hancock signed the following items over to FBI:

-All Cellular devices
-All Cell phone Chargers
-Grey styrofoam case with Swell Pro Drone inside
-Assorted Documents

**Signed** _____    **Date** _____
  Timothy Rackley, Investigator

## NASH COUNTY SHERIFF'S OFFICE



MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

Narrative - Joshua Trull 10/31/23 10:55                    Printed on April 3, 2024

# Supplemental Report By Joshua Trull
**Case #SOP202301465**
**Typed By Joshua Trull**

On October 30, 2023, Det Trull assisted Det. Rackley and Sheriff Keith Stone with a vehicle stop on Hwy 95. Sheriff Stone stopped the vehicle and called for a canine to assist a few minutes later. Det. Trull approached the passenger side of Sheriff Stone's vehicle, and he walked back up to the suspect vehicle. Det. Trull immediately noticed a black male was in Sheriff Stone's passenger seat. The black male was lifted up out of his seat, with his hands down the back side of his pants. The black male was ROSELLE ARTIS, and he was not handcuffed. A few moments later, ARTIS was detained due to something found in the trunk of the vehicle by Det. Rackley and Sheriff Stone. Sheriff Stone looked down the back of ARTIS' pants and located a bag of marijuana.

The suspect vehicle and all three suspects were taken to the Nash County Warehouse where a further search of the vehicle could be conducted in a safer environment. Det. Trull assisted Det. Rackley with collecting evidence that was located in the vehicle. Det. Trull and Det. Rackley entered all items located into evidence at the Nash County Sheriff's Office.

Det. Trull has nothing further to add to this investigation at this time.

**Signed** _____    **Date** _____

Joshua Trull, Investigator

NASH COUNTY SHERIFF'S OFFICE

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

**Item #**              SOP202301465-001
**Category**            Seized
**Description**         marijuana
**Owner**
**Drug Type**           E - Marijuana
**Is Counterfeit**      No
**Quantity**            104.000 Gram
**Value**               $1040.00
**Collected By**        Trull, Joshua
**Access Tag**
**Date Collected**      10/30/23 12:00
**Collected Location**  vehicle
**Target Disp. Date**
**Subjects**
**Comments**

**Chain of Custody**

| Date | User | Action | Category | Status | Location |
|------|------|--------|----------|--------|----------|
| | | | | | |

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

| | |
|---|---|
| **Item #** | SOP202301465-002 |
| **Category** | Seized |
| **Description** | Suboxone |
| **Owner** | |
| **Drug Type** | H - Other Narcotics |
| **Is Counterfeit** | No |
| **Quantity** | 521.000 Dosage Units/Items |
| **Value** | $5210.00 |
| **Collected By** | Trull, Joshua |
| **Access Tag** | |
| **Date Collected** | 10/30/23 12:00 |
| **Collected Location** | vehicle |
| **Target Disp. Date** | |
| **Subjects** | |
| **Comments** | |

**Chain of Custody**

| Date | User | Action | Category | Status | Location |
|---|---|---|---|---|---|
| | | | | | |

Case 1:24-cr-00139-TJK    Document 16-3    Filed 04/09/24    Page 8 of 16

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

| | |
|---|---|
| **Item #** | SOP202301465-003 |
| **Category** | Evidence |
| **Description** | cookies and cream vape |
| **Owner** | |
| **Article Type** | Consumable Goods |
| **Article Subtype** | Narcotics Paraphernalia |
| **Article Make** | cookies and cream |
| **Article Model** | |
| **Article Color** | |
| **Quantity** | 1 |
| **Serial #** | |
| **Value** | $30.00 |
| **Collected By** | Trull, Joshua |
| **Access Tag** | |
| **Date Collected** | 10/30/23 12:00 |
| **Collected Location** | vehicle |
| **Target Disp. Date** | |
| **Subjects** | |
| **Comments** | |

## Chain of Custody

| Date | User | Action | Category | Status | Location |
|---|---|---|---|---|---|
| | | | | | |

# NASH COUNTY SHERIFF'S OFFICE

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

SOP202301465-004 - 5 packs of newport cigarettes and vacuum sealed bag of loose cigarettes

Printed on April 3, 2024

| | |
|---|---|
| **Item #** | SOP202301465-004 |
| **Category** | Evidence |
| **Description** | 5 packs of newport cigarettes and vacuum sealed bag of loose cigarettes |
| **Owner** | |
| **Article Type** | Consumable Goods |
| **Article Subtype** | Tobacco/Cigarettes |
| **Article Make** | Newport |
| **Article Model** | |
| **Article Color** | |
| **Quantity** | 5 |
| **Serial #** | |
| **Value** | $10.00 |
| **Collected By** | Trull, Joshua |
| **Access Tag** | |
| **Date Collected** | 10/30/23 12:00 |
| **Collected Location** | vehicle trunk |
| **Target Disp. Date** | |
| **Subjects** | |
| **Comments** | |

**Chain of Custody**

| Date | User | Action | Category | Status | Location |
|---|---|---|---|---|---|
| | | | | | |

Case 1:24-cr-00139-TJK    Document 16-3    Filed 04/09/24    Page 10 of 16

## NASH COUNTY SHERIFF'S OFFICE

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice



SHERIFF KEITH STONE

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SOP202301465 - Digital Photo - IMG_3910                    Printed on April 3, 2024



**IMG_3910**

**Comments:**



# NASH COUNTY SHERIFF'S OFFICE

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

SOP202301465 - Digital Photo - IMG_3911                    Printed on April 3, 2024



## IMG_3911

**Comments:**

## NASH COUNTY SHERIFF'S OFFICE

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice



OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

SOP202301465 - Digital Photo - IMG_3912                    Printed on April 3, 2024



**IMG_3912**

**Comments:**

# NASH COUNTY SHERIFF'S OFFICE

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice



SHERIFF KEITH STONE

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SOP202301465 - Digital Photo - IMG_3914                    Printed on April 3, 2024



## IMG_3914

**Comments:**



## NASH COUNTY SHERIFF'S OFFICE

MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

SOP202301465 - Digital Photo - IMG_3915                    Printed on April 3, 2024



## IMG_3915

**Comments:**

Page 1 of 1

# NASH COUNTY SHERIFF'S OFFICE



MAILING ADDRESS
222 W. Washington Street
Nashville, N.C. 27856
www.co.nash.nc.us/sheriffsoffice

OFFICE LOCATION
222 W. Washington Street
Nashville, N.C. 27856
Telephone (252) 459-4121
Fax (252) 459-8741

SHERIFF KEITH STONE

SOP202301465 - Digital Photo - IMG_3927                    Printed on April 3, 2024



**IMG_3927**

**Comments:**