IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | |
| v. | CASE NO: 1:24-cr-00139-TJK-4 |
| Roselle Artis | |

### DEFENDANT'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS

COMES NOW Defendant, Roselle Artis, by and through undersigned counsel and pursuant to the Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3156 request modification of his release conditions so that may work while this matter is pending.

BRIEF BACKGROUND

1. Mr. Artis is charged by Indictment with for his alleged involvement in two conspiracies related to drug trafficking and smuggling contraband into federal prisons.

2. Mr. Artis was held from March 26, 2024 until on May 20, 2024.

3. Mr. Artis is subject to several conditions of release, one being a prohibition on entering D.C. Therefore, he was duly advised that his current release conditions render him unable to avail himself of the services offered at the Ready Center, situated at 3640 MLK Jr. Avenue, SE, Washington DC.

4. The Defendant secured employment as parking valet which has multiple locations but usually requires him to travel through the city to go to different locations throughout Maryland and DC. The Defendant was willing to request his

5. The Defendant would like the ability to go through DC or work in DC for employment purposes only.

6. Undersigned contacted assigned AUSA, Alicia Long, (Alicia.Long@usdoj.gov) who denied our request because "*Pretrial Services has already informed Mr. Artis that this employment is not acceptable to Pretrial*."

7. Pretrial Services was not comfortable with the employment as stated here:

> Good morning Counsel,
>
> I am writing regarding Mr. Roselle's request for employment. The defendant informed me that he has a job at Atlantic Services Group as a valet. I informed Mr. Artis by text that he would not be able to work this particular job. The reasons behind this are the defendant will not be located at a central location. There will be unaccounted movements during those times. The defendant is currently on home detention, and I would prefer that the defendant be employed at a more centralized location without additional movement.
>
> Thanks
>
> Andre Sidbury
> Pretrial Services Officer

8. Mr. Artis just wants to work but some of the jobs require that he travel through DC or work in DC.

9. Mr. Artis would like to continue to work for Atlantic Services Group but cannot do so because pretrial services will not approve it.

**POINTS OF AUTHORITIES ON MODIFICATION OF RELEASE CONDITIONS**

Pursuant to the Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3156, this

Court is vested with the authority to modify conditions of release. The Act was enacted with the aim of addressing concerns regarding crimes committed by individuals while on release, and to empower federal courts to make well-informed release determinations that take into account the safety of the community and the risk of flight. This aligns with judicial precedent, as established by United States v. Salerno, 481 U.S. 739, Reno v. Koray, 515 U.S. 50, and United States v. Lett, 944 F.3d 467, USCS Ct App 10th Cir, Cir R 24.1, as well as the Prison Litigation Reform Act.

**DEFENDANT'S REQUEST**

The Defendant respectfully requests permission to engage in employment opportunities that may require travel to multiple locations, including the District of Columbia. It is important to note that the Defendant will only travel through the District or perform work within its jurisdiction if the job necessitates it.

ROLLINS AND CHAN

/s/

_____

Mark Rollins

>DC Bar Number: 453638
>Counsel for Roselle Artis
>419 7^(TH) Street, NW
>Suite 405
>Washington, DC 20004
>Telephone No. 202-455-5610
>Direct No: 202-455-5002
>mark@rollinsandchan.com

**Date Filed:** June 28, 2024

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 28, 2024 this motion was electronically filed pursuant to the rules of the Court.

>/s/
>_____
>Mark Rollins